UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN B., <br><br>           Plaintiff, <br><br>    v. <br><br>ANTHEM BLUE CROSS HEALTH AND LIFE INSURANCE COMPANY, et al., <br><br>           Defendants. | Case No. 24-cv-09097-JST <br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** <br><br>Re: ECF No. 26 |

The parties have filed a notice of settlement. ECF No. 26. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 45 days of the date of this order.

**IT IS SO ORDERED**.

Dated: March 20, 2025

                                              JON S. TIGAR <br>
                                    United States District Judge